Decided December 4, 1996

## ANTHONY N. FRAULO ET AL. *v.* MARIO GABELLI MARIO GABELLI *v.* ANTHONY N. FRAULO ET AL.

The petition by the plaintiffs Anthony N. Fraulo and CFC Greenwich Realty Corporation for certification for

appeal from the Appellate Court, 37 Conn. App. 708 (AC 12961), is denied.

*David P. Burke*, in support of the petition.

*Stuart M. Katz*, in opposition.

Decided December 4, 1996